| | |
|---|---|
| 1 | TIMOTHY T. KIM (SBN 314365) |
| 2 | **TESLA, INC.**<br>31353 Huntwood Avenue |
| 3 | Hayward, California 94544<br>Telephone: 510 • 737 • 1281 |
| 4 | timkim@tesla.com |
| 5 | Attorney for Defendant, |
| 6 | TESLA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KISHA ALLEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC., a Delaware Corporation; AND DOES 1 – 20,<br><br>　　　　Defendant. | Case No.: 5:25-CV-7469<br><br>**DEFENDANT TESLA, INC.'S NOTICE OF RELATED CASES**<br><br>Santa Clara County Superior Court Case No.: 25CV458557<br><br>Complaint Filed Date:　February 10, 2025<br>Removal Date:　　　　September 4, 2025<br>Trial Date:　　　　　None Set |

**TO THE COURT AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Northern District Civil Local Rule 3-12, the undersigned counsel of record for Defendant Tesla, Inc. ("Tesla") hereby submits this Notice of Related Cases and states that Tesla is not aware of any action, previously filed or currently pending in the United States District Court for the Northern District of California, involving the same parties and based on the same or similar claim, involving the same property transaction or event, involving similar questions of fact and the same question of law, or any other cases that would entail substantial duplication of labor if heard by different Judges or Magistrate Judges.

DATED: September 4, 2025      **TESLA, INC.**

By:    */s/ Timothy T. Kim*
        Timothy T. Kim
        Attorney for Defendant
        TESLA, INC.

# PROOF OF SERVICE

I declare that I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 3203 Jack Northrop Avenue, Hawthorne, California 90250. On the date set forth below, I served the attached:

### DEFENDANT TESLA, INC.'S NOTICE OF RELATED CASES

on the following interested party(s) in said cause:

Mike Chappars
**LAW OFFICE OF MIKE CHAPPERS**
101 Church Street, Suite 30
Los Gatos, CA 95030

*Attorney for Plaintiff*
*Kisha Allen*

Telephone:   (408) 508-3447
Email:       info@345law.com

**[ ] VIA MAIL:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Hawthorne, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

**[ ] VIA OVERNIGHT MAIL/COURIER:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

**[X] VIA E-MAIL OR ELECTRONIC TRANSMISSION:**
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I am readily familiar with my firm's business practice of processing and transmitting documents via e-mail or electronic transmission(s) and any such documents would be transmitted in the ordinary course of business.

**[ ] VIA HAND DELIVERY:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day, in the ordinary course of my firm's business practice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 4, 2025, at Hawthorne, California.

_____
Mindy Maesato