UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KISHA ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>TESLA, INC.,<br><br>        Defendant. | Case No.  25-cv-07469-VKD<br><br>**ORDER REQUIRING FILING OF CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Pending before the Court is the parties' stipulation submitting this matter to binding arbitration and a proposed order.  Dkt. No. 9.  The parties' stipulation presents a dispositive matter, and absent consent of all parties, this Court lacks jurisdiction to enter such an order.  *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).

By **September 18, 2025**, each party must file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether that party consents to or declines magistrate judge jurisdiction.  The form is available at https://cand.uscourts.gov/wp-content/uploads/forms/civil-forms/MJ_Consent-Declination_Form_10-2020.pdf.  Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).

**IT IS SO ORDERED.**

Dated:  September 12, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge